```
Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650


Attorneys for plaintiff
      Cinda Kroll
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDA KROLL, | No. C09-01404 JSW |
| Plaintiff, | APPLICATION FOR ORDER PERMITTING LATE FILING AND (PROPOSED) ORDER |
| vs. | |
| KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | HON. JEFFREY S. WHITE |
| Real Party In Interest | |

I, Laurence F. Padway, hereby declare under penalty of perjury that:

1. I am the attorney for plaintiff. At the case management conference, the Court directed that plaintiff file her motion for discovery no later than August 21.

2. On August 10, 2009 I prepared a motion for order directing defendants to augment the administrative record and for leave to conduct discovery. This motion, as the result of

App for Leave

1 inadvertence, did not get efiled. I discovered the error when the motion came up on my calendar to
2 prepare a reply brief, and I discovered there was nothing which had been filed.

3. Accordingly, I request relief from the late filing and that the Court consider the motion notwithstanding that it is filed late.

Executed this 8th day of September, 2009, at Alameda, California.

       /s/ Laurence F. Padway
       Laurence F. Padway

ORDER FOR LATE FILING

Good cause appearing, it is ordered that plaintiff's motion for order directing defendants to augment the administrative record and for leave to conduct discovery may be filed on September 8, 2009.

Dated: September 15, 2009

       Hon. Jeffrey S. White

App for Leave       i