Sedgwick, Detert, Moran and Arnold
Rebecca A. Hull, #99802
Cari A. Cohorn, #249056
rebecca.hull@sdma.com
cari.cohorn@sdma.com
One Market Plaza
Stuart Towner, 8th Floor
San Francisco, California 94501
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Kaiser Foundation
Health Plan Long Term Disability Plan and
Real Party in Interest Metropolitan Life Insurance
Company

Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
    Cinda Kroll

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDA KROLL, | No. C09-01404 JSW |
| Plaintiff, | JOINT REQUEST FOR LEAVE TO FILE NEW BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER |
| vs. | |
| KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, | |
| Defendant. | Hon. Jeffrey S. White |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Real Party In Interest | |

Whereas, the deadline for filing the opening brief on cross-dispositive motions is December

1

4, 2009; and

Whereas, defendant has requested an extension to December 21 to respond to outstanding discovery due to the illness of defense counsel and,

Whereas, it may be necessary for the plaintiff to file a motion to compel discovery, which will not be known until the discovery responses are received on December 21, and

Whereas, for that reason, the parties cannot now set the final briefing schedule on the dispositive motions,

Now, therefore, the parties request leave to file a proposed new briefing schedule on cross-dispositive motions no later than December 31, 2009.  In the event that the there is no need for a discovery motion, the parties anticipate that the opening brief on the dispositive motions will be filed at the end of December or early January; if, however, a discovery motion is required, then the briefing schedule will need to be set with sufficient time to allow for the discovery motion to be heard before the dispositive motions can be briefed.

DATED: December 4, 2009              /s/ Laurence F. Padway
                                     _____
                                     Laurence F. Padway
                                     Law Offices of Laurence F. Padway
                                     Attorneys for plaintiff

DATED: December 4, 2009
                                      /s/ Rebecca A. Hull (as authorized 12/4/09)
                                     Rebecca A. Hull
                                     Cari A. Cohorn
                                     Sedgwick, Detert, Moran & Arnold LLP
                                     Attorneys for Deloitte and Touche USA LLP
                                     Plan, and Metropolitan Life Insurance Company

2

1 | Good cause appearing it is so ordered. The current hearing date on dispositive motions of
2 | February 5, 2010 is vacated and will be reset based upon the briefing schedule to be filed by the
3 | parties no later than December 31, 2009.

Dated: December 7, 2009

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT