LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY  Bar. No. 89314
lp@padway.com
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510) 814-0680
Facsimile:  (510) 814-0650

Attorneys for Plaintiff Cinda Kroll


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
rebecca.hull@sdma.com
cari.cohorn@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Kaiser Foundation
Health Plan Long Term Disability Plan and
Real Party in Interest Metropolitan Life
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cinda Kroll,<br><br>             Plaintiff,<br><br>     v.<br><br>Kaiser Foundation Health Plan Long Term Disability Plan,<br><br>             Defendant.<br>Metropolitan Life Insurance Company,<br><br>             Real Party in Interest. | CASE NO. C09-cv-01404 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DISPOSITIVE MOTIONS**<br><br>Hon. Jeffrey S. White |

Pursuant to the parties' stipulation and the Court's Order of December 7, 2009

(Document # 28), plaintiff Cinda Kroll, defendant Kaiser Foundation Health Plan Long Term

Disability Plan, and real party in interest Metropolitan Life Insurance Company (the latter two

1  parties collectively referred to as "defendants") hereby jointly propose the following briefing and
2  hearing schedule for dispositive motions:

3      Plaintiff's opening brief due                      March 1, 2010
4      Defendants' opposition and cross motion due:      March 15, 2010
5      Plaintiff's reply and opposition to cross motion due:      March 29, 2010
6      Defendants' reply due:                           April 5, 2010
7      Hearing on cross motions:                        April 27, 2010, or the earliest date thereafter that is convenient to the Court

DATED:  December 31, 2009    LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway (as authorized 12/31/09)
    Laurence F. Padway
    Attorneys for Plaintiff Cinda Kroll

DATED:  December 31, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Cari A. Cohorn
    Attorneys for Defendant Kaiser Foundation Health Plan
    Long Term Disability Plan and Real Party in Interest
    Metropolitan Life Insurance Company

**ORDER**

It is so ordered. The briefing schedule set forth in the parties' stipulation is adopted, and the hearing on the cross dispositive motions shall be held April ~~27~~ 30, 2010.

Dated: January 4, 2010

*Jeffrey S White*

Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT