| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
|   | LAURENCE F. PADWAY  Bar. No. 89314 |
| 2 | lp@padway.com |
|   | 1516 Oak Street, Suite 109 |
| 3 | Alameda, California 94501 |
|   | Telephone:  (510) 814-0680 |
| 4 | Facsimile:  (510) 814-0650 |
| 5 | Attorneys for Plaintiff Cinda Kroll |
| 6 | |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | REBECCA A. HULL  Bar No. 99802 |
|   | CARI A. COHORN  Bar No. 249056 |
| 8 | rebecca.hull@sdma.com |
|   | cari.cohorn@sdma.com |
| 9 | One Market Plaza |
|   | Steuart Tower, 8th Floor |
| 10 | San Francisco, California 94105 |
|   | Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635 |
| 12 | Attorneys for Defendant Kaiser Foundation |
|   | Health Plan Long Term Disability Plan and |
| 13 | Real Party in Interest Metropolitan Life |
|   | Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cinda Kroll, | CASE NO. C09-cv-01404 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DISPOSITIVE MOTIONS** |
| v. | |
| Kaiser Foundation Health Plan Long Term Disability Plan, | Hon. Jeffrey S. White |
| Defendant. | |
| Metropolitan Life Insurance Company, | |
| Real Party in Interest. | |

Pursuant to the parties' stipulation and the Court's Order of December 7, 2009 (Document # 28), plaintiff Cinda Kroll, defendant Kaiser Foundation Health Plan Long Term Disability Plan, and real party in interest Metropolitan Life Insurance Company (the latter two

parties collectively referred to as "defendants") hereby jointly propose the following briefing and hearing schedule for dispositive motions:

| | |
|---|---|
| Plaintiff's opening brief due | March 1, 2010 |
| Defendants' opposition and cross motion due: | March 15, 2010 |
| Plaintiff's reply and opposition to cross motion due: | March 29, 2010 |
| Defendants' reply due: | April 5, 2010 |
| Hearing on cross motions: | April 27, 2010, or the earliest date thereafter that is convenient to the Court |

DATED: December 31, 2009     LAW OFFICES OF LAURENCE F. PADWAY

By:/s/ Laurence F. Padway (as authorized 12/31/09)
    Laurence F. Padway
    Attorneys for Plaintiff Cinda Kroll

DATED: December 31, 2009     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:/s/ Rebecca A. Hull
    Rebecca A. Hull
    Cari A. Cohorn
    Attorneys for Defendant Kaiser Foundation Health Plan
    Long Term Disability Plan and Real Party in Interest
    Metropolitan Life Insurance Company

## **ORDER**

It is so ordered. The briefing schedule set forth in the parties' stipulation is adopted, and the hearing on the cross dispositive motions shall be held April ~~27~~ 30, 2010.

Dated: January 4, 2010

*Jeffrey S. White*

Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT