LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY  Bar. No. 89314
lp@padway.com
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510) 814-0680
Facsimile:  (510) 814-0650

Attorneys for Plaintiff Cinda Kroll


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
rebecca.hull@sdma.com
cari.cohorn@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Kaiser Foundation
Health Plan Long Term Disability Plan and
Real Party in Interest Metropolitan Life
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cinda Kroll,<br><br>    Plaintiff,<br><br>    v.<br><br>Kaiser Foundation Health Plan Long Term Disability Plan,<br><br>    Defendant.<br>Metropolitan Life Insurance Company,<br><br>    Real Party in Interest. | CASE NO. C09-cv-01404 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DISPOSITIVE MOTIONS**<br><br>Hon. Jeffrey S. White |

Plaintiff Cinda Kroll, defendant Kaiser Foundation Health Plan Long Term Disability Plan, and real party in interest Metropolitan Life Insurance Company (the latter two parties collectively referred to as "defendants") hereby jointly propose the following briefing and hearing schedule for dispositive motions:

| | | |
|---|---|---|
| 1 | Plaintiff's opening brief due | March 22, 2010 |
| 2 | Defendants' opposition and cross motion due: | April 5, 2010 |
| 3 | Plaintiff's reply and opposition to cross motion due: | April 19, 2010 |
| 4 | Defendants' reply due: | May 3, 2010 |
| 5-6 | Hearing on cross motions: | May 21, 2010, or the earliest date thereafter that is convenient to the Court |

DATED: January 29, 2010        LAW OFFICES OF LAURENCE F. PADWAY


By: /s/ Laurence F. Padway (as authorized 1/29/10)
    Laurence F. Padway
    Attorneys for Plaintiff Cinda Kroll

DATED: January 29, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Cari A. Cohorn
    Attorneys for Defendant Kaiser Foundation Health Plan
    Long Term Disability Plan and Real Party in Interest
    Metropolitan Life Insurance Company

SF/1669113v1

-2-                CASE NO. C09-cv-01404 JSW
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DISPOSITIVE MOTIONS

**ORDER**

It is so ordered. The briefing schedule set forth in the parties' stipulation is adopted, and the hearing on the cross dispositive motions shall be held ~~May 21,~~ June 4 2010. The case management conference is HEREBY CONTINUED to June 25, 2010 at 1:30 p.m.

Dated: February 1, 2010

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT