1  LAW OFFICES OF LAURENCE F. PADWAY
   LAURENCE F. PADWAY  Bar. No. 89314
2  lp@padway.com
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Telephone:  (510) 814-0680
4  Facsimile:  (510) 814-0650

5  Attorneys for Plaintiff Cinda Kroll

6

7  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
8  CARI A. COHORN  Bar No. 249056
   rebecca.hull@sdma.com
   cari.cohorn@sdma.com
9  One Market Plaza
   Steuart Tower, 8th Floor
10 San Francisco, California 94105
   Telephone: (415) 781-7900
11 Facsimile: (415) 781-2635

12 Attorneys for Defendant Kaiser Foundation
   Health Plan Long Term Disability Plan and
13 Real Party in Interest Metropolitan Life
   Insurance Company

14

15             UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17

18 Cinda Kroll,                          CASE NO. C09-cv-01404 JSW

19        Plaintiff,                     **STIPULATION AND [PROPOSED]**
                                         **ORDER SETTING BRIEFING AND**
20        v.                             **HEARING SCHEDULE FOR**
                                         **DISPOSITIVE MOTIONS**
21 Kaiser Foundation Health Plan Long Term
   Disability Plan,                      Hon. Jeffrey S. White
22
          Defendant.
23 Metropolitan Life Insurance Company,

24        Real Party in Interest.

25        Plaintiff Cinda Kroll, defendant Kaiser Foundation Health Plan Long Term Disability Plan,

26 and real party in interest Metropolitan Life Insurance Company (the latter two parties collectively

27 referred to as "defendants") hereby jointly propose the following briefing and hearing schedule for

28 dispositive motions:

| | |
|---|---|
| Plaintiff's opening brief due | March 22, 2010 |
| Defendants' opposition and cross motion due: | April 5, 2010 |
| Plaintiff's reply and opposition to cross motion due: | April 19, 2010 |
| Defendants' reply due: | May 3, 2010 |
| Hearing on cross motions: | May 21, 2010, or the earliest date thereafter that is convenient to the Court |

DATED:  January 29, 2010          LAW OFFICES OF LAURENCE F. PADWAY


By: /s/ Laurence F. Padway (as authorized 1/29/10)
    Laurence F. Padway
    Attorneys for Plaintiff Cinda Kroll


DATED:  January 29, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP



By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Cari A. Cohorn
    Attorneys for Defendant Kaiser Foundation Health Plan
    Long Term Disability Plan and Real Party in Interest
    Metropolitan Life Insurance Company

1

**ORDER**

2

It is so ordered.  The briefing schedule set forth in the parties' stipulation is adopted, and

3

the hearing on the cross dispositive motions shall be held ~~May 21~~, 2010.    The case management

June 4

conference is HEREBY CONTINUED to June 25, 2010 at 1:30 p.m.

4

5

Dated: ___February 1, 2010_____

6

Hon. Jeffrey S. White

7

UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28