LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY  Bar. No. 89314
lp@padway.com
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510) 814-0680
Facsimile:  (510) 814-0650

Attorneys for Plaintiff Cinda Kroll

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
rebecca.hull@sdma.com
cari.cohorn@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Kaiser Foundation
Health Plan Long Term Disability Plan and
Real Party in Interest Metropolitan Life
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cinda Kroll,<br><br>         Plaintiff,<br><br>    v.<br><br>Kaiser Foundation Health Plan Long Term Disability Plan,<br><br>         Defendant.<br>Metropolitan Life Insurance Company,<br><br>         Real Party in Interest. | CASE NO. C09-cv-01404 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE FOR DISPOSITIVE MOTIONS**<br><br>Hon. Jeffrey S. White |

WHEREAS, on February 1, 2010, this Court approved the parties Stipulation and Proposed Order Setting Briefing And Hearing Schedule For Dispositive Motions, setting a hearing on the dispositive motions for June 4, 2010;

WHEREAS, counsel for defendant/real party in interest, Rebecca A. Hull, will be

attending an out of town meeting that cannot be rescheduled;

WHEREAS, Plaintiff Cinda Kroll, defendant Kaiser Foundation Health Plan Long Term Disability Plan, and real party in interest Metropolitan Life Insurance Company (the latter two parties collectively referred to as "defendants") hereby jointly propose the following hearing date for dispositive motions:

| | |
|---|---|
| Hearing on cross motions: | June 11, 2010, or the earliest date thereafter that is convenient to the Court |

DATED: February 1, 2010        LAW OFFICES OF LAURENCE F. PADWAY


By: /s/ Laurence F. Padway (as authorized 2/1/10)
   Laurence F. Padway
   Attorneys for Plaintiff Cinda Kroll

DATED: February 1, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Rebecca A. Hull
   Rebecca A. Hull
   Cari A. Cohorn
   Attorneys for Defendant Kaiser Foundation Health Plan
   Long Term Disability Plan and Real Party in Interest
   Metropolitan Life Insurance Company

## **ORDER**

It is so ordered. The briefing schedule set forth in the parties' stipulation is adopted, and the hearing on the cross dispositive motions shall be held June 11, 2010.

Dated: February 3, 2010

*/s/ Jeffrey S. White*

Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT