LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY  Bar. No. 89314
lp@padway.com
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-0680
Facsimile: (510) 814-0650

Attorneys for Plaintiff Cinda Kroll


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Kaiser Permanente
Flexible Benefits Plan, incorrectly sued as Kaiser
Foundation Health Plan Long Term Disability Plan and
Real Party in Interest Metropolitan Life
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cinda Kroll, <br><br> Plaintiff, <br><br> v. <br><br> Kaiser Foundation Health Plan Long Term Disability Plan, <br><br> Defendant. <br> Metropolitan Life Insurance Company, <br><br> Real Party in Interest. | CASE NO. C09-cv-01404 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DISPOSITIVE MOTIONS** <br><br> Hon. Jeffrey S. White |

Whereas, Plaintiff's opposition to Defendant's cross-motion and its reply in support of its motion is due on April 19, 2010;

Whereas, defendant and real party require additional time to comply with the order for discovery entered by Judge Edward E. Chen's on March 26, 2010;

1     Whereas, the parties hereby stipulate and agree that defendant and real party will provide
2 the discovery ordered no later than April 30, 2010;

3
4     Now, therefore, the parties stipulate to the following modify the briefing schedule on the
dispositive motions as follows:
5

6     Plaintiff's reply and opposition to cross motion due:      May 14, 2010
7     Defendants' reply due:      May 28, 2010

8

9     The parties previously stipulated to continue the hearing date for dispositive motions to
10 June 11, 2010. Accordingly, there is no need to change the hearing date.

11

12 DATED:  April 19, 2010      LAW OFFICES OF LAURENCE F. PADWAY

13
14
15       By: /s/ Laurence F. Padway
         Laurence F. Padway
16          Attorneys for Plaintiff
         Cinda Kroll

17
18 DATED:  April 19, 2010      SEDGWICK, DETERT, MORAN & ARNOLD LLP

19

20       By: /s/ Rebecca A. Hull
         Rebecca A. Hull
21          Attorneys for Defendant Kaiser Permanente Flexible
         Benefits Plan, incorrectly sued as Kaiser Foundation
22          Health Plan Long Term Disability Plan and Real Party in
         Interest Metropolitan Life Insurance Company
23
24
25
26
27
28

## ORDER

It is so ordered. The briefing schedule set forth in the parties' stipulation is adopted. The Court HEREBY CONTINUES the hearing on the parties' cross-motions for summary judgment to June 25, 2010 and CONTINUES the further case management conference to July 16, 2010.

Dated: April 19, 2010

*Jeffrey S. White*

Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT