IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDA KROLL, | |
|     Plaintiff, | No. C 09-01404 JSW |
| v. | |
| KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|     Defendant. | |

The Court HEREBY VACATES the case management conference set for July 16, 2010 and will reset the case management conference at a later date if necessary.

The motion for contempt is currently before Judge Chen. If Judge Chen believes that there is a portion of the motion that he cannot resolve without preparing a report and recommendation, then he should prepare a report and recommendation on that portion.

The Court will reset the hearing on the parties' cross-motions for summary judgment after the motion for contempt is resolved.

**IT IS SO ORDERED.**

Dated: July 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California