1  LAW OFFICES OF LAURENCE F. PADWAY
   LAURENCE F. PADWAY  Bar No. 89314
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510) 814-0680
   Facsimile: (510) 814-0650
4
   Attorneys for Plaintiff
5  Cinda Kroll

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
7  rebecca.hull@sdma.com
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, California 94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
10
   Attorneys for Defendant Kaiser Permanente Flexible
11 Benefits Plan, incorrectly sued as Kaiser Foundation
   Health Plan Long Term Disability Plan, and
12 Real Party in Interest Metropolitan Life Insurance Company

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | Cinda Kroll | CASE NO. C 09-01404 JSW |
|---|---|---|
| 18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CONTEMPT** |
| 19 | v. | |
| 20 | Kaiser Foundation Health Plan Long Term Disability Plan, | |
| 21 | | |
| 22 | Defendant. | |
| 23 | Metropolitan Life Insurance Company, | |
| 24 | Real Party in Interest. | |

25
26
27
28

SF/1709318v1                              -1-                     CASE NO. C 09-01404 JSW
                    STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES

Defendant Kaiser Permanente Flexible Benefits Plan, incorrectly sued as Kaiser Foundation Health Plan Long Term Disability Plan, Real Party in Interest Metropolitan Life Insurance Company, and plaintiff Cinda Kroll, by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On July 6, 2010, plaintiff filed a motion for contempt. (Doc. No. 63.) The hearing is set for August 11, 2010.

2. The parties wish to stipulate to continue the hearing date for two weeks to August 25, 2010. The parties stipulate that Defendant's and Real Party in Interest's opposition to plaintiff's motion for contempt shall be due on August 4, 2010; and that plaintiff's reply shall be due on August 11, 2010.

3. Good cause exists to continue these dates because counsel for Defendant and Real Party in Interest is not available on August 11, 2010, the date currently set for hearing, due to a pre-planned vacation.

WHEREFORE, the parties, by and through their respective counsel stipulate and request that the Court order, as follows:

### STIPULATION

1. That the date for Defendant and Real Party in Interest to file their opposition to plaintiff's motion for contempt shall be continued to August 4, 2010;

2. That the date for plaintiff to file her reply thereto be continued to August 11, 2010;

3. That the date of the hearing be continued to August 25, 2010, at 10:30 a.m.

//
//
//
//
//
//

1  IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

2  DATED: July 13, 2010         LAW OFFICES OF LAURENCE F. PADWAY

4                               By: /s/ Laurence F. Padway (w/permission granted 7/13/2010)
5                                   Laurence F. Padway
                                    Attorneys for Plaintiff
6                                   Cinda Kroll

7  DATED: July 13, 2010         SEDGWICK, DETERT, MORAN & ARNOLD LLP

9                               By: /s/ Rebecca A. Hull
                                    Rebecca A. Hull
10                                  Attorneys for Defendant Kaiser Permanente Flexible
                                    Benefits Plan, incorrectly sued as Kaiser Foundation
11                                  Health Plan Long Term Disability Plan, and Real Party in
                                    Interest Metropolitan Life Insurance Company

### ORDER

~~Upon the stipulation of the parties, and good cause appearing,~~

IT IS SO ORDERED. that Plaintiff's motion for contempt (Docket #63) is set for 9/8/10 at 3:00 p.m.  Opposition shall be filed by 8/18/10.  Reply shall be filed by 8/25/10.

DATED:  7/13/10

HONORABLE EDWARD CHEN

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen