LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY  Bar. No. 89314
lp@padway.com
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510) 814-0680
Facsimile:  (510) 814-0650

Attorneys for Plaintiff Cinda Kroll


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Kaiser Foundation
Health Plan Long Term Disability Plan and
Real Party in Interest Metropolitan Life
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cinda Kroll,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kaiser Foundation Health Plan Long Term Disability Plan,<br><br>　　　　Defendant.<br>Metropolitan Life Insurance Company,<br><br>　　　Real Party in Interest. | CASE NO. C09-cv-01404 JSW (EMC)<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF'S RELY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT**<br><br>Hon. Edward M. Chen |

　　　　Plaintiff Cinda Kroll, defendant Kaiser Foundation Health Plan Long Term Disability Plan, and real party in interest Metropolitan Life Insurance Company (the latter two parties collectively referred to as "defendants"), by and through their respective attorneys of record, hereby agree and stipulate that the time for filing plaintiff's reply brief to defendants' opposition

1  to plaintiff's motion for contempt (Doc. Nos. 69) shall be extended one day, so that plaintiff's
2  reply shall be due tomorrow, August 26, 2010. Good cause exists for the one-day extension
3  because of the sudden illness of plaintiff's counsel.
4    WHEREFORE, the parties stipulate and respectfully request that the Court consent to
5  order an extension to August 26, 2010, for filing plaintiff's reply.

7  DATED:  August 25, 2010        LAW OFFICES OF LAURENCE F. PADWAY

                                  By:/s/ Laurence F. Padway
10                                    Laurence F. Padway
                                      Attorneys for Plaintiff Cinda Kroll

12 DATED:  August 25, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                  By:/s/ Rebecca A. Hull
15                                    Rebecca A. Hull
                                      Attorneys for Defendant Kaiser Foundation Health Plan
16                                    Long Term Disability Plan and Real Party in Interest
                                      Metropolitan Life Insurance Company

### **ORDER**

   Upon stipulation of the parties, and good cause appearing,

   IT IS SO ORDERED.

Dated:  8/25/10      _____
                     M. CHEN
                     UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*