**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDA KROLL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN<br>LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant.<br>_____/ | No. C 09-01404 JSW<br><br>**ORDER (1) REQUIRING<br>REVISED REPLY BRIEFS AND<br>(2) SETTING HEARING ON<br>CROSS-MOTIONS FOR<br>SUMMARY JUDGMENT** |

In light of Judge Chen's ruling on Plaintiff's motion for contempt and Defendants' subsequent declaration, the Court HEREBY ORDERS Plaintiff shall file a revised reply in support of her motion for summary judgment and opposition to Defendant's motion for summary judgment by December 3, 2010. Defendant shall filed a revised reply by December 17, 2010. The hearing on the parties' cross-motions for summary judgment is shall be held on January 21, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: November 15, 2010

　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE