**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    CINDA KROLL,

10              Plaintiff,                         No. C 09-01404 JSW

11       v.

12   KAISER FOUNDATION HEALTH PLAN          **ORDER VACATING HEARING**
     LONG TERM DISABILITY PLAN,             **ON CROSS-MOTIONS FOR**
13                                          **SUMMARY JUDGMENT**
              Defendant.
14

15   _____/

16

17       Pursuant to Civil Local Rule 7-1(b), the Court finds that the cross-motions for summary

     judgment, which have been set for hearing on January 21, 2011 at 9:00 a.m., are appropriate for
18
     decision without oral argument.  Accordingly, the motion hearing date is hereby VACATED.
19
     The motions will be taken under submission and decided on the papers.
20

21

22       **IT IS SO ORDERED.**

23
     Dated: January 19, 2011
24                                          _____
                                            JEFFREY S. WHITE
25                                          UNITED STATES DISTRICT JUDGE

26

27

28