IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CINDA KROLL,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN,

    Defendant.

                                      /

No. C 09-01404 JSW

**ORDER RE DISPUTED ISSUES RAISED IN JOINT LETTER; REMANDING TO PLAN ADMINISTRATOR**

By Order entered March 31, 2011, the Court granted Plaintiff's motion for summary judgment on Plaintiff's claim for Long Term Disability benefits that were denied by plan administrator Metropolitan Life Insurance Company ("MetLife"). The record demonstrates that MetLife's denial letter dated January 5, 2007 denied the claim based on its determination that Plaintiff did not qualify for disability from her "own occupation." (AR 287-88.) The parties agree that the "own occupation" period runs from August 7, 2006 to August 6, 2008. Based on the Court's determination that MetLife's denial of LTD benefits for "own occupation" disability was an abuse of discretion, the Court awards Plaintiff the amount of $43,621.87 for the full twenty-four month "own occupation" period, plus prejudgment interest.

MetLife did not, however, determine whether Plaintiff met the "any occupation" standard that was applicable after the first twenty-four months of long term disability. Plaintiff's eligibility for LTD benefits under the "any occupation" standard was not brought

before the Court for review. The Court therefore remands Plaintiff's claim for a determination of disability under the "any occupation" standard for the period August 2008 to present, according to the administrative procedures of the plan. *Saffle v. Sierra Pacific Power Co. Bargaining Unit Long Term Disability Income Plan*, 85 F.3d 455, 460 (9th Cir.1996).

      Having considered the parties arguments raised in the joint letter filed on April 29, 2011, the Court determines that the appropriate rate of prejudgment interest is prescribed by 28 U.S.C. § 1961. *Grosz-Salomon v. Paul Revere Life Ins. Co.*, 237 F.3d 1154, 1164 (9th Cir. 2001). The rate of the weekly average 1-year constant maturity Treasury yield for the week ending May 6, 2011, as published by the Board of Governors of the Federal Reserve System, is 0.20%. Calculating the interest on the amount of $43,621.87 compounded annually at a rate of 0.20% from August 7, 2006, the Court calculates the amount of prejudgment interest up to the date of judgment as $330.

      **IT IS SO ORDERED.**

Dated: May 13, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE