**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDA KROLL,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN,<br><br>    Defendant.<br>_____ / | No. C 09-01404 JSW<br><br>**ORDER REGARDING BILL OF COSTS** |

    On June 1, 2011, the Clerk's Office taxed costs in this matter against Defendant. Defendant filed an objection to the taxation of costs. However, pursuant to Federal Rule of Civil Procedure 54(d)(1), the proper mechanism for challenging the Clerk's taxation of costs is by filing a motion. Therefore, the Court will not address Defendant's concerns regarding the costs unless and until Defendant files a noticed motion challenging the taxation of these costs.

    **IT IS SO ORDERED.**

Dated: June 3, 2011

                                                JEFFREY S. WHITE<br>
                                                UNITED STATES DISTRICT JUDGE