UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CINDA KROLL, | No. C 09-01404 LB |
| Plaintiff, | **ORDER RE HEARING** |
| v. | [ECF Nos. 98, 103 and 115] |
| KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, | |
| Defendant. | |

On June 10, 2011, the district court referred Plaintiff Cinda Kroll's motion for attorneys' fees, Kroll's administrative motion for late filing, and Defendant Kaiser Foundation Health Plan Long Term Disability Plan's motion for review of the Clerk's taxation of costs to the undersigned. Referral Order, ECF No. 118. The court scheduled a hearing on the motions for August 11, 2011. ECF No. 121. In an effort to reduce unnecessary costs, the court invites the parties to appear by telephone. If a party chooses to appear by telephone, the court directs the party to contact courtroom deputy Lashanda Scott at 510-637-3525 by August 10, 2011 to arrange the telephonic appearance.

Additionally, in its initial review of the parties' papers, the court noted a few inconsistencies in Kroll's request for attorneys' fees. Kroll requests a total of $ 168,530 in attorneys' fees, which is comprised of $160,860 in attorneys' fees for Mr. Padway (258.10 hours at $600 per hour) and $7,670 in paralegal time for Ms. Phillips (39.33 hours at $195 per hour). ECF No. 103 at 2. But Mr. Padway's time sheets reflect a total of 258.1 hours, which would result in a total of

C 09-01404 JSW (LB)
ORDER RE HEARING

$154,860 in fees for the attorney's time. Padway Decl., Time Sheets, ECF No. 104 at 10-16. And, conversely, Ms. Phillips's time sheets reflect a total of 45.4 hours expended, not the requested 39.33 hours. Phillips Decl., Time Sheets, ECF No. 105-1 at 1-6. Kroll should be prepared to discuss these issues.

**IT IS SO ORDERED.**

Dated: August 3, 2011

_____
LAUREL BEELER
United States Magistrate Judge